COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No.  01-12-00704-CV; *In re Tammy Fountain*

Original Proceeding on Petition for Writ of Habeas Corpus

Underlying Cause: *In the interest of S.F., a child*, No. 2010-31997, 309th District Court of Harris County

The trial court clerk is **ordered** to prepare, certify, and file a supplemental record containing the motion, with proposed order titled "Order on Motion to Vacate Commitment Order and Judgment," filed or about January 27, 2014 in the above referenced cause in the 309th District Court, along with any related motion, order, notice, or docketing statement. In particular, the supplemental record should include any ruling, notation, or memorandum relating to this motion made by the judge of the 309th District Court that is part of the record.

The supplemental clerk's record shall be filed in the First Court of Appeals **no later than February 26, 2014.**  Costs shall be assessed against relator in the trial court, but any delay or failure to pay the clerk's fee for the supplemental record shall not be grounds for delaying the preparation, certification, and filing of the supplemental record in this Court.

It is so ORDERED.


Judge's signature:     /s/ Michael Massengale
                       Acting individually

Date:              February 20, 2014